# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EDGAR VELAZQUEZ,

    Plaintiff,

v.                              CASE NO.  8:15-cv-2783-T-26MAP

UNITED STATES OF AMERICA,

    Defendant.
_____/

## O R D E R

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the Plaintiff's Request for Copies (Dkt. 19) is **denied** for failure to comply with the conferral requirement of Local Rule 3.01(g).  Additionally, Plaintiff's counsel is reminded that the Federal Rules of Civil Procedure, not the Florida Rules of Civil Procedure, govern the discovery procedures to be utilized in this case.

**DONE AND ORDERED** at Tampa, Florida, on August 19, 2016.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record