**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

EDGAR VELAZQUEZ,

    Plaintiff,

v.                              CASE NO.  8:15-cv-2783-T-26MAP

UNITED STATES OF AMERICA,

    Defendant.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Strike and/or Limit Opinions of Defense Expert (Dkt. 29) is **denied** for failure of Plaintiff's counsel to comply with the conferral requirements of Local Rule 3.01(g).  Furthermore, this Court looks with disfavor on motions which raise evidentiary issues more appropriately raised at trial.  Such motions will be denied without prejudice to being renewed at time of trial.  The parties *shall* address any anticipated witness or evidentiary disputes in their trial briefs.

**DONE AND ORDERED** at Tampa, Florida, on February 2, 2017.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record